# EXHIBIT 1-3
## Complaint

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VAu 1-493-374

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
March 23, 2023

---

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title _____

**Title of Group:** Care Bears Classic: Flower Power Art and 8 Other Unpublished Works

**Content Title:**
Care Bears Classic: Flower Power Art
Care Bears Classic: Care Bears Air Art
Care Bears Classic: Valentines Day Art Pack
Care Bears Classic: Happy Hanukkah Art
Care Bears Classic Halloween Refresh Art
Care Bears Classic: Beary Merry Christmas Art
Care Bears Classic: Varsity Trend Art Pack
Care Bears Classic: Angel Baby Art
Care Bears Classic: Pride Art Pack

### Completion/Publication _____

**Year of Completion:** 2022

### Author _____

- **Author:** Those Characters From Cleveland, LLC
  **Author Created:** 2 Dimensional Artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

### Copyright Claimant _____

**Copyright Claimant:** Those Characters From Cleveland, LLC
28601 Chagrin Blvd., Ste. 500, Woodmere, OH, 44122

### Rights and Permissions _____

Page 1 of 2

|  |  |
|---|---|
| **Name:** | Tina San Lucas |
| **Email:** | tsanlucas@cloudcoentertainment.com |

## Certification

_____

|  |  |
|---|---|
| **Name:** | Frank J. LaSalle, Authorized agent |
| **Date**: | January 30, 2023 |

**Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.











*Please note that editorial copy is made available for reference and inspiration only. Any use of these editorial materials is at licensee's sole risk and discretion. In some cases, depending on the product and/or other use, it may be prudent to perform trademark clearances. Approval of product via the approval process shall not be deemed a waiver of this obligation for the licensee. If there is a trademark concern, please contact us prior to use.

All information, artwork and materials are proprietary to Cloudco Entertainment, and protected under intellectual property laws.

TM & © 2022 TCFC



All information, artwork and materials are proprietary to Cloudco Entertainment, and protected under intellectual property laws.

TM & © 2022 TCFC





All information, artwork and materials are proprietary to
Cloudco Entertainment and protected under intellectual property laws.



All information, artwork and materials are proprietary to Cloudco Entertainment, and protected under intellectual property laws.

TM & © 2022 TCFC

